TORNABELLS & CO. *v.* MESTRE.

APPEAL from the District Court of Mayagüez.

No. 63.—Decided February 19, 1904.

APPEAL.—There being no error to justify the reversal of the judgment appealed from, the same should be affirmed.

### EXPOSICIÓN DEL CASO.

*Resultando* : que se interpuso una demanda por el recurrido contra el recurrente con motivo de un pagaré por $1,374 fechada en 23 de Mayo de 1902, y vencido en 31 de Diciembre de 1902, devengando intereses al tipo del uno por ciento mensual desde su vencimiento hasta el pago del mismo.

*Resultando* : que la demanda fué deducida en 2 de Marzo de 1903 ante el Tribunal de Distrito de Mayagüez, y los demandados después de haber sido citados, no comparecieron ante el Tribunal y la causa siguió su curso regular, y en 26 de Junio de 1903 se dictó sentencia á favor del demandante por el importe del pagaré, intereses y costas.

*Resultando* : que en cuatro de Julio de 1903 se presentó escrito de recurso de apelación á favor de los demandados, sin alegar motivo alguno en apoyo de dicha apelación, y diez días después los autos fueron elevados á este Tribunal, en donde ambas partes comparecieron á debido tiempo, originándose la demora usual en la preparación de la causa para el juicio de la misma.

*Resultando* : que no hay nada en los autos á favor del recurrente para justificar el presente recurso de apelación, y que en 28 de Enero de 1904, la causa fué sometida al Tribunal en pública sesión del mismo, sin la asistencia de ningún letrado á nombre de los recurrentes, en cuyo juicio el recurrido fué representado por su abogado.

Abogado de los apelantes: *Sr. Monserrat.*

Abogado del apelado: *Sr. Smith.*

EL JUEZ ASOCIADO SR. MACLEARY, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Aceptando* los hechos según constan en autos de la sentencia contra la cual se interpuso la presente apelación.

*Considerando* : que es claro que esta es una deuda justa y debidamente probada y que la sentencia fué pronto y debidamente dictada por el Tribunal de Distrito hace más de siete

## STATEMENT OF THE CASE.

An action was brought by respondent against appellants, to recover one thousand three hundred and seventy-four dollars on a promissory note dated May 23, 1902, payable December 31, 1902, with interest at one per cent per month from date of maturity to that of payment.

Said action was instituted March 2, 1903, in the District Court of Mayagüez, and defendant failing to appear before the court after being duly summoned, the case followed its regular course, and on June 26, 1903, judgment was rendered in favor of plaintiff for the amount of the promissory note, interest and costs.

On July 4, 1903, an appeal was taken by defendants, without setting up any grounds in support thereof, and ten days thereafter the papers were forwarded to this court, before which both parties appeared in due time, there being the usual delay in preparing the case for hearing.

The record shows nothing in favor of appellants to justify the present appeal, and on January 28, 1904, the case was submitted to the court at a public session thereof, no one appearing for appellants, while respondent was represented by her counsel at said hearing.

*Mr. Monserrat,* for appellants.
*Mr. Smith,* for respondent.

MR. JUSTICE MACLEARY, after stating the foregoing facts, rendered the opinion of the court.

The facts as stated in the record of the judgment from which the present appeal was taken are accepted.

It is clear that this is a just debt, that it has been duly proven, and that the judgment was promptly and properly rendered by the district court more than seven months ago, and

meses, y que el recurso de apelación evidentemente fué interpuesto únicamente con el objeto de causar demora.

*Fallamos*: que debemos confirmar y confirmamos la sentencia contra la cual se interpuso el presente recurso de apelación, con las costas contra los recurrentes, Tornabells & Compañía.

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados Hernández y Figueras.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.

the appeal was evidently taken for the purpose only of causing delay.

We adjudge that we should affirm and do affirm the judgment from which the present appeal was taken, with costs against the appellants, Tornabells & Company.

Chief Justice Quiñones and Justices Hernández and Figueras concurred.

Mr. Justice Sulzbacher did not sit at the hearing of this case.